**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed March 24, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00224-CR

---

### IN RE SAMUEL ROY JACKSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 913043**

---

## MEMORANDUM OPINION

On March 13, 2015, relator Samuel Roy Jackson filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator seeks relief from unlawful confinement due to a void judgment on his conviction for aggravated robbery.

The courts of appeals have no original habeas corpus jurisdiction in criminal matters; their jurisdiction is appellate only. Tex. Gov't Code Ann. § 22.221(d); *Ex*

*parte Price*, 228 S.W.3d 885, 886 (Tex. App.—Waco 2007, orig. proceeding); *Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.—Houston [1st Dist.] 2004, no pet.). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. Tex. Code Crim. Proc. Ann. art. 11.05 (West 2005); *Ex parte Watson v. State*, 96 S.W.3d 497, 500 (Tex. App.—Amarillo 2002, pet. ref'd); *Ex parte Hawkins*, 885 S.W.3d 586, 588 (Tex. App.—El Paso 1994, orig. proceeding). This court is without jurisdiction to consider relator's petition for writ of habeas corpus.

Therefore, we dismiss relator's petition for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).